Jesse C. Ferrantella CA Bar No. 279131
jesse.ferrantella@ogletree.com
Amy V. Bianchini CA Bar No. 301831
amy.bianchini@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
4660 La Jolla Village Drive, Suite 900
San Diego, CA  92122
Telephone:   858-652-3100
Facsimile:    858-652-3101

Attorneys for Defendant ACCENTCARE, INC. AND ACCENTCARE UCLA HEALTH, LLC

Steven D. Waisbren CA Bar No. 116315
steve@waisbrenlaw.com
LAW OFFICES OF STEVEN D. WAISBREN
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367-6554
Telephone:  818-710-7102
Facsimile:    818-532-1214

Attorneys for Plaintiff, MELISSA MAJOR

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA MAJOR, an individual, on behalf of herself and other current or former employees of Defendants,<br><br>Plaintiff,<br><br>v.<br><br>ACCENTCARE, INC., a Delaware Corporation; ACCENTCARE UCLA HEALTH, LLC, a California Limited Liability Company; and DOES 1-30 inclusive,<br><br>Defendant. | Case No. 2:23-cv-01763-JAK-KES<br><br>**JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S TENTH CAUSE OF ACTION AND FOR REMAND TO STATE COURT**<br><br>Complaint Filed: August 22, 2022<br>Trial Date:          Not Set<br><br>District Judge: John A. Kronstadt<br>Magistrate Judge:  Karen E. Scott |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Melissa Major and defendants AccentCare, Inc. and AccentCare UCLA Health, LLC stipulate and jointly request that this Court enter a dismissal of Plaintiff's Tenth Cause of Action for Violation of the Americans with Disabilities Act with prejudice. This request is made because after this case was removed to this Court, Plaintiff's counsel indicated that the requisite administrative process (i.e., filing a claim with the EEOC regarding the 10th cause of action) was not completed. Based upon that realization, Plaintiff's counsel advised Defendants' counsel that the Tenth Cause of Action would need to be dismissed.

Upon dismissal of Plaintiff's Tenth Cause of Action for Violation of the Americans with Disabilities Act, there will no longer be any federal claims in this action. Therefore, the parties stipulate that the Court may, in its discretion, remand this matter to state court.

Now, therefore, the Parties stipulate and agree:

1. Plaintiff's Tenth Cause of Action for Violation of the Americans with Disabilities Act be demised with prejudice with respect to all Defendants.
2. Upon dismissal, given the absence of a federal claim in this action, the Court may exercise its discretion to remand this matter to the Superior Court for the State of California, Country of Los Angeles, where the action was first filed.

**IT IS SO STIPULATED.**

DATED: April 12, 2023

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Jesse C. Ferrantella*
Jesse C. Ferrantella
Amy V. Bianchini
Attorneys for Defendant ACCENTCARE, INC. AND ACCENTCARE UCLA HEALTH, LLC

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: April 12, 2023 | LAW OFFICES OF STEVEN D. WAISBREN |
| 3 | | |
| 4 | | By: /s/ Steven D. Waisbren |
| 5 | | Steven D. Waisbren<br>Attorneys for Plaintiff, MELISSA MAJOR |

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Notice of Electronic Filing.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of April, 2023 at Woodland Hills, California.

By: */s/ Steven D. Waisbren*
STEVEN D. WAISBREN